THE HONORABLE DAVID G. ESTUDILLO

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| ANTHONY HUFF-MCKAY, an individual,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF TACOMA, a Washington local government entity; KHANH PHAN, an individual,<br><br>　　　　　　　　　Defendants. | NO. 3:24-cv-05104-DGE-MLP<br><br>STIPULATION AND [PROPOSED] ORDER ALLOWING PLAINTIFF TO FILE AMENDED COMPLAINT<br><br>NOTE ON MOTION CALENDAR: MARCH 26, 2024 |

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiff Anthony Huff-McKay, and Defendants City of Tacoma and Khanh Phan (collectively, "Defendants") through their undersigned counsel, hereby stipulate as follows:

**WHEREAS** on January 19, 2024, Plaintiff filed their original Complaint for Damages in Pierce County Superior Court against Defendants, and then filed their First Amended Complaint for Damages with the same Court on January 26, 2024.

**WHEREAS** on February 7, 2024, Defendants filed a Notice of Removal of Civil Action from State Court, attaching a copy of Plaintiff's First Amended Complaint.

**WHEREAS** Plaintiff seeks to file their Second Amended Complaint for Damages.

---

STIPULATION AND [PROPOSED] ORDER ALLOWING
PLAINTIFF TO FILE AMENDED COMPLAINT - 1

(No. 3:24-cv-05104-DGE-MLP)

**O**SBORN **M**ACHLER
2025 1st Ave., Ste. 1140
Seattle, WA 98121
(206) 441-4110 (Tel)
(206) 441-4220 (Fax)

**WHEREAS** a copy of Plaintiff's proposed Second Amended Complaint for Damages is attached hereto as **Exhibit "A."**

**IT IS HEREBY STIPULATED,** by and between Plaintiff and Defendants, by and through their respective counsel, that:

1. Plaintiff should be granted leave to amend to file their Second Amended Complaint for Damages, a copy of which is attached hereto as **Exhibit "A."**

2. Defendants agree to accept service of the Second Amended Complaint electronically.

3. Defendant's responsive pleading shall be due thirty (30) days after the Second Amended Complaint for Damages is filed.

DATED: March 26, 2024            **OSBORN MACHLER, PLLC**

By */s/Austin Neff*
   Susan Machler, WSBA 23256
   Simeon J. Osborn, WSBA #14484
   Austin J. Neff, WSBA #57059
   Attorneys for Plaintiffs

DATED: March 26, 2024

TACOMA CITY ATTORNEY

By*/s/Michelle Yotter*
   Michelle N. Yotter, WSBA No. 49075
   Civil Division

STIPULATION AND [PROPOSED] ORDER ALLOWING PLAINTIFF TO FILE AMENDED COMPLAINT - 2

(No. 3:24-cv-05104-DGE-MLP)

OSBORN MACHLER
2025 1st Ave., Ste. 1140
Seattle, WA 98121
(206) 441-4110 (Tel)
(206) 441-4220 (Fax)

## ORDER

The Court having reviewed the foregoing Stipulation, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that Plaintiff is granted leave to amend to file their First Amended Complaint for Damages, a copy of which is attached hereto as **Exhibit "A."**

**IT IS ALSO ORDERED** that Defendant's responsive pleading shall be due thirty (30) days after the Second Amended Complaint for Damages is filed.

**IT IS SO ORDERED**

Dated this 28th day of March, 2024.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER ALLOWING PLAINTIFF TO FILE AMENDED COMPLAINT - 3

(No. 3:24-cv-05104-DGE-MLP)

**OSBORN MACHLER**
2025 1st Ave., Ste. 1140
Seattle, WA 98121
(206) 441-4110 (Tel)
(206) 441-4220 (Fax)