UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANTHONY HUFF-MCKAY,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>CITY OF TACOMA et al.,<br><br>　　　　　　　　Defendants. | CASE NO. 3:24-cv-05104-DGE<br><br>ORDER DISMISSING ACTION |

　　Pursuant to the parties' stipulation (Dkt. No. 18), the Court ORDERS that this action is DISMISSED with prejudice. It is further ORDERED that each party shall bear their own attorney fees and costs related to the prosecution or defense of this matter.

　　Dated this 10th day of July 2024.

David G. Estudillo
United States District Judge

ORDER DISMISSING ACTION - 1